■ DIANE TORRENCE et al., Respondents, v SHEILA M. ELDRIDGE, Appellant. [951 NYS2d 419]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered June 27, 2011. The order denied the motion of defendant for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties and filed on July 27, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ LAURIE J. GERACE-MURDENT, Appellant, v LARKIN L. KIMMERER et al, Respondents. [951 NYS2d 420]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered March 15, 2011 in a personal injury action. The order denied the motion of plaintiff for partial summary judgment on the issue of negligence.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on June 27 and 28, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ In the Matter of MANUEL MOSLEY, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [951 NYS2d 420]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Chautauqua County [James H. Dillon, J.], entered April 29, 2011) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Fahey, J.P., Peradotto, Carni and Sconiers, JJ.